UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
JENNIFER LYNN ORGAN,

                Plaintiff,                ORDER

                                          1:24-cv-01349-GRJ

     v.

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

      Pending before the Court is the Stipulation and Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), filed by the parties. (Docket No. 21.) The parties stipulate and agree that the Commissioner's decision should be remanded to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

      Accordingly, the Stipulation is approved. This case is REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. The Clerk is directed to terminate Plaintiff's Motion for Judgment on the Pleadings

(Docket No. 18), enter final judgment, and then close the file.

Dated: October 22, 2024                    SO ORDERED:

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge