**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JENNIFER LYNN ORGAN,

                Plaintiff,                24 **CIVIL** 1349(GRJ)

      -v-                        **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 22, 2024, this case is REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

**Dated:** New York, New York

      October 22, 2024

                                          **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                        **BY:** _____
                                          **Deputy Clerk**