UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
JENNIFER LYNN ORGAN,

                Plaintiff,              ORDER
                                              1:24-CV-01349-GRJ

      v.

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

      Pending before the Court is the parties' Stipulation for Allowance of Fees under the Equal Access to Justice Act and Costs Under 28 U.S.C. § 1920. (Docket No. 24.) The parties have stipulated that Plaintiff should be awarded seven thousand two-hundred Seventy-Five dollars ($7,275.00) in attorney's fees under the Equal Access to Justice Act and costs in the amount of four-hundred five dollars ($405.00.)

      Upon due consideration, it is **ORDERED**:

1.    Plaintiff is awarded attorney's fees under the EAJA in the amount of **$7,275.00**. The payment of attorney's fees is subject to any offsetting debt owed by the Plaintiff to the United States. Before the Commissioner shall be obligated to pay the EAJA

1

fees, the Commissioner must determine whether Plaintiff owes a debt to the government. In the event the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Commissioner must then pay the fees directly to Plaintiff's counsel.

2. Plaintiff is awarded costs in the sum of $405.00, which costs shall be payable from the judgment fund administered by the United States Department of Treasury.

Dated: November 12, 2024          *s/ Gary R. Jones*
                                  GARY R. JONES
                                  United States Magistrate Judge